In re, Guillermo Ortiz Guzmán, querellado y apelado, *v.* Leopoldo Venegas, Alcalde de Coamo, opositor y apelante.

No. 5234.—*Sometido:* Diciembre 8, 1930. *Resuelto:* Diciembre 11, 1930.

*E. Ramos Antonini,* abogado del apelante; *Manuel A. Rivera* y *Leopoldo Tormes,* abogados del apelado.

El Juez Asociado Señor Aldrey, emitió la opinión del tribunal.

Interpuesta apelación contra sentencia de la Corte de Distrito de Ponce dictada al conocer en apelación contra una resolución del Alcalde de Coamo, éste solicitó varias prórrogas para preparar la transcripción de los autos para su apelación. Vigente una de esas prórrogas fué desestimada esa apelación por este tribunal y entonces el apelante no solicitó nuevas prórrogas.

Antes de ser desestimada esa apelación libramos un auto de *certiorari* para revisar la orden de la corte inferior que ordenó el cumplimiento de su sentencia a pesar de la apelación que había sido interpuesta y reclamamos los autos originales en que se había dictado.

Al desestimar la apelación contra la sentencia en 31 de mayo último por entender que no existía el derecho de apelación en ese procedimiento anulamos también el auto de *certiorari* que habíamos expedido.

El apelante solicitó en 10 de junio que reconsideráramos esas dos resoluciones y accedimos a su petición en 31 de julio dejándola sin efecto, por lo que está ahora pendiente ante nosotros la apelación contra la sentencia y el auto de *certiorari*, en cuyo estado se ha solicitado otra vez la desestimación de la apelación por el fundamento de no haber sido presentada en este tribunal la transcripción de los autos en el tiempo fijado por la ley. Antes de ser vista esta moción nos pidió el apelante que le concediéramos un nuevo término para presentar la transcripción de los autos alegando esos hechos y que por haber sido desestimada su apelación no solicitó otras prórrogas, pero que habiendo sido restablecida usáramos de nuestra discreción para concederle el nuevo término que interesa; siendo otras de sus razones que los autos originales estaban en esta corte por virtud del auto de *certiorari* que libramos, de que hemos hecho mención.

El día en que fué presentada esa moción estaban en este tribunal los autos originales en que la apelación fué interpuesta y el mismo día, 31 de octubre último, nuestro secretario los devolvió a la Corte de Distrito de Ponce a solicitud del apelado. Nosotros concedimos el nuevo término interesado sin perjuicio de la moción de desestimación pendiente, cuya vista tuvo lugar el 8 del presente mes. En ese mismo día el apelante presentó en este tribunal su transcripción para la apelación.

En vista de los hechos expuestos, de que habiendo sido desestimada la apelación holgaba que el apelante pidiera nuevas prórrogas para tramitarla, y que si bien es cierto que debió solicitar de nosotros el nuevo término al ser restablecida su apelación en 31 de julio y que no haberlo hecho así no está justificado porque este tribunal comenzara sus vacaciones tres días después, sin embargo, las circunstancias

en este caso son de tal naturaleza, teniendo en cuenta también que los autos originales estuvieron aquí hasta el 31 de octubre y que la transcripción de la apelación ha sido presentada el día que fué oída la moción de desestimación, dentro del nuevo término que concedimos al apelante, que no creemos que debemos desestimar la apelación por el motivo alegado, por lo que *debe declararse sin lugar la moción del apelado.*